IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROSALIE JUAREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 3:17-CV-00368-KC |
| § | |
| DEPUTY JAYNNE PIZANA, § | |
| individually and in her official capacity § | |
| as a Deputy with the El Paso County § | |
| Sheriff's Office, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the Order the Court signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 44, is **GRANTED** and Plaintiff's case is **DISMISSED**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 12th day of December, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE